IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-244-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOSHUA EARL DEVON DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

On March 11, 2022, the court held a hearing concerning defendant's motion to suppress [D.E. 29]. At the end of the hearing, the court stated in open court its findings of fact and conclusions of law. As explained in open court, the court DENIES defendant's motion to suppress [D.E. 29].

SO ORDERED. This 11 day of March, 2022.

JAMES C. DEVER III
United States District Judge